IN THE SAME TERM OF

## September, 1782.

(p. 48.)

### The STATE *againſt* LEWIS Mc. KNIGHT.

*On* Habeas Corpus *to bring the Body of Negro* Cæſar
Tite.

THE Defendant having returned the Habeas Corpus,
and brought up the Body of the ſaid Negro Cæſar
Tite, It is ordered that the Defendant enter into Securi-
ty in the Sum of Two Hundred Pounds to bring up the
Body of the ſaid Negro Cæſar on the ſecond Tueſday in
November next, and abide the Judgment of the Court
reſpecting the ſaid Negro, and that in Caſe the ſaid Ne-
gro ſhould be adjudged by this Court free, that the ſaid
Lewis M'Knight ſhall pay for the Service of the ſaid Ne-
gro from this Time.

Recognizance accordingly.

## September Term, 1782.

(p. 49.)

### The STATE *againſt* ENLOES PHILPOT.

WHEREAS, it hath appeared to this Court, upon
the Affidavit of Jack Tappen, that the Defendant
holds a certain Anthony Tappen in Bondage and Slave-
ry, without lawful Authority for the ſame as the ſaid
Jack alledgeth : therefore, *Ordered*, on Motion of Mr.
Leake. for the ſaid Anthony, that a Writ of *Habeas Cor-
pus ad faciendum ſubjiciendum et Recipiendum* do iſſue,
returnable to this Court at the next Term.